# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Williamson, Michael G. | Bankruptcy Court-M.D. Florida | 06/14/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge - Active | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

Sam M. Gibbons U.S. Courthouse
801 N. Florida Ave., Ste. 840
Tampa, FL 33602

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williamson, Michael G. | 06/14/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | State of Florida - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | 3/11/2012-3/13/2012 | New York, New York | Duberstein Moot Court Competition judge | Transportation, lodging, meals |
| 2. | The Florida Bar | 3/13/2012-3/18/2012 | Buenos Aires, Argentina | Business Law Section Executive Council Retreat | Transportation, lodging, meals |
| 3. | National Conference of Bankruptcy Judges | 3/18/2012-3/20/2012 | Miami, Florida | Mid-Year Meeting | Transportation, lodging, meals |
| 4. | Southeastern Bankruptcy Law Institute | 3/21/2012-3/24/2012 | Atlanta, Georgia | Conference Panelist | Transportation, lodging, meals |
| 5. | American Conference Institute | 3/29/2012-3/30/2012 | Washington, DC | Seminar Panelist | Transportation, lodging, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| **Williamson, Michael G.** | 06/14/2013 |

| | | | | |
|---|---|---|---|---|
| 6. | Bankruptcy Bar Association of the Southern District of Florida | 5/10/2012-5/13/2012 | Marco Island, Florida | Annual Retreat | Transportation, registration/meals, lodging |
| 7. | The Florida Bar | 6/20/2012-6/22/2012 | Kissimmee, Florida | Annual Meeting | Transportation, lodging, meals |
| 8. | American Bankruptcy Institute | 7/25/2012-7/28/2012 | Amelia Island, Florida | Seminar Panelist | Transportation, lodging, meals |
| 9. | The Florida Bar | 8/30/2012-9/3/2012 | Naples, Florida | Business Law Section Retreat | Transportation, registration/meals, lodging |
| 10. | Jacksonville Bankruptcy Bar Association | 10/11/2012-10/13/2012 | St. Augustine, Florida | Seminar Panelist | Transportation, lodging, meals |
| 11. | National Conference of Bankruptcy Judges | 10/23/2012-10/28/2012 | San Diego, California | Annual Conference | Transportation, lodging, meals |
| 12. | The Florida Bar | 11/8/2012-11/9/2012 | Miami, Florida | Seminar Panelist | Transportation, lodging, meals |
| 13. | Institute for Continuing Legal Education in Georgia | 11/29/2012-11/30/2012 | Greensboro, Georgia | Seminar Panelist | Transportation, lodging, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Williamson, Michael G. | 06/14/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Williamson, Michael G. | 06/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Schwab-Homestead R.E. Tax Account | | None | J | T | | | | | |
| 2. - Money Market Account | | None | J | T | | | | | |
| 3. Schwab-Joint Tenants Account | A | Dividend | J | T | | | | | |
| 4. - Money Market Account | | None | J | T | | | | | |
| 5. - Harley Davidson Common Stock | A | Dividend | J | T | | | | | |
| 6. AllianzValueMark Annuity | D | Int./Div. | K | T | Redeemed (part) | 4/30/12 | K | E | |
| 7. Phoenix Universal Life Ins. | D | Interest | K | T | | | | | |
| 8. MFS IRA | C | Dividend | K | T | | | | | |
| 9. - MFS Growth Fund-A | | | | | | | | | |
| 10. Venture Annuity | B | Int./Div. | J | T | | | | | |
| 11. Schwab IRA | E | Int./Div. | P1 | T | | | | | |
| 12. - DFA Emerging Markets Core Equity Portfolio | | | | | | | | | |
| 13. - DFA Emerging Markets Value Portfolio | | | | | Sold (part) | 3/26/12 | J | | |
| 14. | | | | | Buy (add'l) | 6/27/12 | J | | |
| 15. - DFA Two Year Global Fixed Income Portfolio | | | | | | | | | |
| 16. - DFA US Large Co. Portfolio | | | | | | | | | |
| 17. - DFA US Large Cap Value Portfolio | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williamson, Michael G. | 06/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - DFA US Micro Cap Portfolio | | | | | Sold (part) | 3/26/12 | J | | |
| 19. - DFA US Small Cap Value Portfolio | | | | | Sold (part) | 3/26/12 | J | | |
| 20. - Pimco Commodity Real Return Strategy FD Instl | A | Dividend | | | Sold (part) | 9/26/12 | K | | |
| 21. - Pimco High Yield Fund Institutional Class | | | | | Sold | 3/26/12 | K | | |
| 22. - Vanguard Total BD Mkt Index Signal | | | | | Sold (part) | 3/26/12 | L | | |
| 23. | | | | | Sold (part) | 6/27/12 | J | | |
| 24. | | | | | Buy (add'l) | 12/20/12 | J | | |
| 25. - Vanguard Inflation Protected Securities Fund | | | | | Sold (part) | 3/26/12 | K | | |
| 26. - DFA Intl Vector Eqty Port | | | | | | | | | |
| 27. - DFA International Core Equity Portfolio | | | | | Buy (add'l) | 6/27/12 | J | | |
| 28. | | | | | Sold (part) | 12/20/12 | J | | |
| 29. - DFA Global Real Estate Securities Portfolio | | | | | | | | | |
| 30. - AQR Diversified Arbitrage | | | | | Buy (add'l) | 3/26/12 | K | | |
| 31. - DFA Short Term Extended Quality Port Instl | | | | | Buy (add'l) | 3/26/12 | K | | |
| 32. | | | | | Buy (add'l) | 12/20/12 | J | | |
| 33. -Pimco High Yield Spectrum Instl | | | | | Buy | 3/26/12 | L | | |
| 34. - AQR Risk Balanced Cmdy Strat CL I | | | | | Buy | 9/26/12 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williamson, Michael G. | 06/14/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. SunTrust bank accounts | A | Interest | J | T | | | | | |
| 36. Smart 529 College Savings Plan- ▓▓▓ | A | Int./Div. | J | T | | | | | |
| 37. - Aggressive Growth Portfolio D | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Williamson, Michael G.** | 06/14/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III: I previously reported non-investment income from the National Conference of Bankruptcy Judges for compensation as Business Manager of the American Bankruptcy Law Journal. However, my term as Business Manager expired, and I did not receive any income from the NCBJ in 2012.

| Name of Person Reporting | Date of Report |
|---|---|
| Williamson, Michael G. | 06/14/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael G. Williamson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544